United States v. Ross, case number 241421. To the students from Essex Street Academy that was not the usual. Good morning Your Honor, and may it please the court, Stephen Raiola with Kibler Fowler & Cave on behalf of the appellant Richard Stewart Ross. I'd like to reserve two minutes for rebuttal, please. In 2000, Congress responded in a bipartisan fashion to the stories of innocent individuals who are driven to bankruptcy by the cost of defending themselves in civil forfeiture proceedings by enacting a law that makes the federal government liable for attorneys fees whenever a claimant substantially prevails in a civil proceeding to forfeit property. The government doesn't like to pay those fees though, so rather than honor the will of Congress that is reflected in the plaintext of CAFRA, it has come up with a litigation tactic that it employs nationwide to circumvent CAFRA's fee-shifting provision. Months or years into a litigation, the government will voluntarily dismiss a case that it knows it will not prevail in when it is first faced with the prospect of an adverse judgment against it, so that it can set itself up to argue that the claimant did not substantially prevail and therefore cannot recover. The language of 2465 seems to permit this. In other words, seems to permit the government to voluntarily dismiss a matter and prevent, more or less in the absence maybe of some special circumstances, your client from obtaining attorney's fees or being entitled to attorney's fees and part of the reason I say that is that there are other statutes FOIA, for example, that explicitly envision where Congress seems to have explicitly envisioned the possibility that a voluntary dismissal might nevertheless permit some entitlement to attorney's fees. So would you focus on the language? Yes, Your Honor. So the language of the statute, the attorney's fees recovery provision, says substantially prevails and as we set out in our brief, we believe that under the plain meaning of substantially prevails, a claimant like Mr. Ross who obtains a voluntary dismissal without prejudice has substantially prevailed. In the alternative, if that language is interpreted the same as prevailing party and again we don't think it should be interpreted that way, prevailing party is a term of art that Congress is very familiar with and it chose not to use it in this statute and if you look at the Supreme Court's decision in Hart, Justice Thomas was pretty clear that terms of art should not be added to statutes where they're not already there. Usually when there's a voluntary dismissal under Rule 41a without prejudice, it's as if the action never occurred. So how can you say that you substantially prevailed in an action that never actually occurred? Well first, it isn't as if the action had never occurred. At the time that the action was initiated, all of Mr. Ross's funds had been seized, they were in the possession of the government, he couldn't use them. As a result of the case, every single one of those dollars was returned back to him. So you know again, if we go to the prevailing party defendant test under CRST Van which we believe would apply, under that test he rebuffed the government's action, he recovered every single dollar, the objectives of defendants and plaintiffs the Supreme Court made clear in CRST Van and Lackey Is it every voluntary dismissal, every case in which the government voluntary dismisses, that in your estimation would entitle the defendant whose property was seized to attorney's fees? And I ask that because in some circumstances of course the government might abandon civil forfeiture in favor of criminal forfeiture if you decide to prosecute. So there must be some circumstances in which it would be correct to say that the defendant, even though the government dismissed, was not the prevailing party or not substantially prevailing. Yes, our position would be that it isn't the case that in every single case and you know I'll pause there to say I think the facts of our case are unique in that the government admitted over a year into the litigation when the statute of limitations had kicked under 984 that it couldn't meet its burden of proof at trial. The dismissal at least under the 984 count was tantamount to a prejudice dismissal. So I think we've got a unique factual circumstance, one that wasn't presented in the 11th Circuit case, in the 8th Circuit case where the 11th Circuit said it wasn't clear whether this individual would have prevailed if it went to trial. The government admitted that so I think you know I wanted to highlight and and make clear that I think on the grounds of whether there was legal prejudice here this case can be distinguished from others but to go to your question on the rule statement, if you look at the language substantially prevails in FOIA and how Congress defined it, there's several elements. It's not just a voluntary or unilateral change in position by the agency. There needs to be a claim and it needs to be not insubstantial. But Congress said it was using that definition for purpose of this paragraph. I mean it quite specifically limited it to FOIA so I'm not sure that that's going to help us very much. Am I missing something? I agree with that statement Judge Radji but the broader context, the statement in the legislative history by the sponsor Senator Leahy was that they were clarifying that courts had interpreted the statute wrong when they determined that substantially prevails meant the same. Nevertheless, they didn't say prevailing party means X. For all purposes, they said for purpose of this paragraph and they knew that there was this language in other statutes as well. I want to ask you, I want to take you back to Judge Loyer's question about the action not as if the action never been brought. You said well the government was in possession of the money and then it gave it back to him but that's not quite correct is it? I mean 3.69 million that they were in possession of they kept and that's because your client did not file any claim for that money so it's only the $722,000 that he got back am I right? No it was 1.2 million dollars that he got back. I'm sorry, 1.2 million. Yes, you're right of course. The 1.2 that at the outset when the government filed the seizure warrant indicated was unrelated to the fraud. Nevertheless, I'm a little concerned about viewing this as one in which your client just recovered all the money back. He only recovered a part of it back when the action was was dropped. Well again if you look at the plain meaning what we would submit is the plain meaning of substantially prevails. Prevail is to achieve the outcome sought in a litigation. In that sense why wouldn't we think that prevail as in substantially prevail and prevail as in prevailing party that prevail that word has the same meaning and that's what triggers the Buchanan rule. Well in the dictionary then prevailing party which the Supreme Court twice in Lackey and in part recognizes a term of art that carries with it a lot of connotations and judgment falls within the definition of prevailing party. How do you think it differs? The prevailing party term of art you need a judgment in your favor you need a consent decree under Buchanan. Prevail if you look at the dictionary definition of Black's Law Dictionary is to achieve the outcome sought in the action. So from the standpoint of Mr. Ross what he wanted was the return of his funds. He didn't want the return of funds that didn't belong to him so he staked a claim to 1.2 million dollars and he recovered every single dollar of his claim. He wants the return of funds and he wants attorneys fees right I mean that that is comes about only because of prevailing in the action. Well he he wanted the his objective and in this action was to recover the funds as a result of him substantially prevailing he's then entitled to his attorney's fees is is our position but it you know from the standpoint of the what Mr. Ross sought in this action he completely prevailed he recovered every single dollar and you know to just close and save the remainder of my time for rebuttal. There are four different ways to reach the outcome in this case it could be that Mr. Ross substantially prevailed it could be that he was a prevailing party defendant under CRC ban it could be that he was a prevailing party plaintiff it could be following every court and the courts are unanimous on this the 9th Circuit the Northern District of Alabama the Eastern District of North Carolina the 11th and 8th Circuit indicated that they wouldn't for close relief here that in a case in which if it had gone to trial the individual would have won at trial which the government has conceded in in those circumstances it there would be legal prejudice the you know the definition of prejudice is damage or detriment to rights or obligations get a statutory right to recover those fees now he doesn't because of the voluntary dismissal without prejudice. When you say that when you refer to the 11th and 8th those cases the decisions were that the government when the government dismisses the action voluntarily the claimant has not substantially prevailed. They are so if you adopted our interpretation of substantially prevails there would be a circuit split on that issue but to the the second question under Rule 41a2 it would it be an abuse of discretion would there be legal prejudice the 8th Circuit indicated and you know I'm happy to quote both of these passages that a district court in an appropriate case could address the prejudice by depriving somebody of attorneys fees by conditioning the the dismissal without prejudice which is our fallback argument in the 11th Circuit case the individual who had made the claim was actually a criminal that had a judgment against him from another individual in the government decided they wanted the funds to go directly to the victims they weren't going to tie it up for two two the 11th Circuit said one the issue was waived so we don't need to address it but it is not clear that this person ever would have prevailed that completely distinguishes that 11th Circuit case from this one and the 8th Circuit case also dealt with waiver but there's a great paragraph in there that indicates that it was inclined to adopt the very argument that we're presenting the last thing I'll say and and just to make sure I understand you're saying is in the alternative that it was an abuse of discretion for the district court to grant the government's motion to dismiss without prejudice but because he should have found plain harm to your client he should have a prospect of loss of attorneys fees yes and and and I think this court has implied it much and it is much and it's Pacey's decision which involved a breach of contract case with a prevailing party provision and the district court tried to condition the dismissal on the payment of attorneys fees this court ultimately said well you need to give them the right to pull it back and decide if they don't want to pay the attorneys fees but if the district court in this case had dismissed it without condition and the other side had appealed it up as unfairly prejudicial to them because there was only one claim left and they were going to get prevailing party attorneys fees we'd be inclined to agree with them so there's how much time was left on the statute of limitations when they dismissed under 984 it had kicked I'm sorry under 984 the interchangeable fund statute it had kicked the statute of limitations had expired they could not rely on 984 before and you know if you look at the underlying forfeiture complaint you look at what was pleaded there's no allegation of commingling money laundering any of that that started that goes to the merits why I that question is a dismissal without prejudice while the government perhaps decided it was going to investigate further but not hold on to the money because it didn't it hadn't developed evidence yet the dismissal without prejudice leaves open the possibility that if further evidence is developed they might be able to I mean there's no question in this case that money was moved into and out of this account in a way that raises legal concerns the only question is what your client know about it and what if any participation did he have in it so they hadn't developed any such evidence but if they had at a later date within the statute of limitations why wouldn't it be appropriate to leave open the possibility of their reopening or renewing the the forfeiture application well I won in this case our position would be the 984 theory the statute of limitations had kicked and the and the money laundering theory is that wasn't their only theory don't they they do take that view but they did admit their seizure warrant that these wire transfers were unrelated to the fraud so they've conceded that they weren't the proceeds of fraud they articulated this money laundering theory but if you look at the well that was the they took then but if they developed further evidence that in fact it was are they not able to to bring a new action then well I I wouldn't say like if there's some other action that they you know investigated would would they in theory if they came up with money laundering evidence that a year into this they didn't have could they try and bring another case I couldn't say that they couldn't well because one might think that if twenty nine point six million dollars in fraudulent funds had been misdirected through your through somebody's account you might notice it but and therefore have reason to question what if any knowledge and role the person had in the in the movement of that much money on just on the on the dismissal point because I understand your point your honor on could they refile it yeah I want to bring the court back to Columbrito where the court mentioned this court mentioned and it's right Miller practice if you're gonna take a voluntary dismissal without prejudice now there's likely and it's likely that you're gonna refile it there's now gonna be a duplication of attorneys fees and costs and somebody's gonna have to pay their attorneys fees and costs twice the American rule is you pick them up once not twice so the ordinary rule under rule 41 a 2 which is the rule that we asked the district court to adopt is if you're gonna leave that door open to duplicative attorneys fees the normal rule in these circumstances is that so so ultimately you want to assign error on the rule 41 dismissal without prejudice is that right as a fallback your honor I think he substantially prevailed under CAFRA I think as a textualist substantially prevail versus prevailing party you have dozens of statutes where Congress used prevailing party and they chose different language so and you're saying also as I understand it that in the context where the government is bringing an enforcement action against a private citizen that and Congress has used the phrase substantially prevails we have a defendant claiming fees as opposed to a plaintiff that different considerations apply so substantially prevail could mean something less than a wholehearted win but showing merits we're outside of the preliminary injunction situation we're in a defendant and the government as opposed to an ordinary private party versus private party plaintiff looking for fees I may have kind of gone on too long but plaintiff seeking fees versus defendant seeking fees and prevailing defendant being something other than maybe prevailing yeah in terms of the text before we get to for it to rule 41 it would be substantially prevails as a different standard than prevailing party he's substantially prevailed in the alternative if we treat it as prevailing party CRST Van and Lackey make clear a defendant has different objectives than a plaintiff he was in the shoes of the defendant he prevails under that standard alternatively in the 481 to context where you have a judgment and you had a district court looking at this when another party was trying to interplead in to state a claim and authorize the dismissal and said it can go back to him that's different than your traditional prevailing party plaintiff scenario and he would have prevailed under Buchanan in the alternative then we go to rule 41 a2 and ask whether it was an abuse of discretion to grant the voluntary dismissal without prejudice back you know based on the facts of this case so that's kind of the analysis you know you started your presentation to us by saying that the attorneys fees rule was intended to prevent government abuse or at least curb it if we adopt the position you're urging what dismissals would not trigger attorneys fees I mean is there any instance where that would not be recoverable yes so if we're if we're operating under the substantially prevails framework and that being a different standard as opposed to prevailing party there are a couple scenarios one is the claim would need to be substantial so if you go to the 11th and then the government exercise it exercises discretion to say the victim of the crime has a judgment against this individual for this money like we can prevail in this case but we want it to go to the victim that individual would not have had a substantial claim and wouldn't be able to recover his fees from the government there's also a requirement you know not in substantial claim that you actually had made a claim so if the government had filed its lawsuit and then decided you know we we followed this too quickly before anyone appeared in the case they wouldn't be on the hook well in those circumstances there wouldn't be any attorneys fees or am I missing something in those in those circumstances I mean in those circumstances there there there could be they'd probably be very low there's might be some circumstances where there aren't obviously in the 11th Circuit case where they were trying to litigate for the return of the money but they had an insubstantial claim there could have been sizable attorneys fees that the government wouldn't have had to pay and the other point here is the attorneys fees provision applies to civil proceedings to forfeit property it doesn't it doesn't apply to the seizure so one of the points that we made in our brief because we've cared the entire time about the government being able to safeguard victim funds is they could have done the seizure they could have taken the 60 days to give him notice they could have waited the 90 days to file the underlying forfeiture action they could have contacted him and said we need a little bit more time can you consent to an extension they never would have been on the hook for attorneys fees if they didn't file the action so there's plenty of room at the outset for the government to safeguard victim funds and do all understand that you're offering these alternative ways of dealing but I I just want to be sure I understand to the extent you argue that once they file the action seize the money if they dismiss the action so that you get the money back you are a substantially prevailing party in every case if you have asserted a claim and it was a substantial one meaning you you had a path to recovering it so if we're talking a situation in which I'm a criminal defendant I'm gonna lose and the government decides they want the funds to go to the victim if we're talking the government staying it's that means the court gets into a merits decision on whether or not the claim for the money is tolerable strong persuasive and that's going to be what determines whether you get attorneys fees or not that seems curious well the where we get that from is there's only two statutes I'm aware of that includes substantially prevails language one is FOIA and prevails also you know as an active word it would suggest that you have to do something active to achieve a result so I think when Congress defined it and they put those terms in there that you need that you need a claim and it needs to be not insubstantial that makes sense it tracks with the plain meaning of substantially prevails. That starts to sound like instead of a judicial judgment you get some other kind of judicial determination that you have a substantial claim for this but it sounds like just a variation on the Buchanan test at this point instead of an official court judgment that yes you prevail you're saying well take a look at it and as long as it's a colorable or you know strong claim or something in between then we prevail but it doesn't have to be reduced to a judgment but it but it does capture we get that from from from the definition that Congress adopted in in FOIA. But but again we're back to Congress was specific that it was only for purposes of FOIA. Yeah but it but we're also in the context of them clarifying that when courts had interpreted that language as being coextensive with prevailing party that they had gotten it wrong and I think if you look really closely at Hart and Justice Thomas's analysis in Hart I mean he he actually acknowledged in the decision and called out that a prevailing party standard is different from a substantially prevailed standard you have in there don't add a term of art where it's not there. So your view is that our case law that says something quite to the contrary of what you're you're saying has been abrogated? I think needle trees has definitely been abrogated I think since then there hasn't been a Second Circuit decision that has in a holding looked at this exact question if you actually look at Davis closely one of our amicus brief said this it looked at what is the ultimate outcome at the end of the litigation it kind of left open in that case the individual didn't recover their property whatever substantially prevails is you got to at least get your property because that's your objective in in the litigation but if you look closely at Davis it looks like it's applying a substantially prevails test what is the goal here did the person achieve that goal but I think needle truck needle is there's is no longer good law obviously Congress amended the statute you've heart which called into questions that substantially prevails and prevailing party are different then you had CRST van so you opened by talking about the abuses that I have been complained about over time and that caused Congress to enact CAFRA do you see any evidence in this record of that kind of overstepping and overreaching by the government I I do think that there is some overreach by the government in this case again if you go to the underlying seizure warrant they admit that the the Ross funds what we'll call them that they seized were unrelated to the fraud they admitted that the probable cause articulation is completely missing they you have in there we have probable cause to believe that at least 2.9 out of 4.1 that's an admission they didn't have probable cause as to the 4.1 if you had probable causes to 4.1 why would you qualify it by saying probable cause to at least this amount and then when there's the accusations that maybe he's a criminal the accusations are not even probable cause they say he may be involved in it and the basis for that accusation is not anything specific to this particular case it is in some cases somebody might be a victim and be and be duped into being a money mule and other times they might be complicit in it based on that maybe he's involved in it there was never a real articulation of probable cause at any point in the season what are you suggesting and maybe this is the rule somewhat narrower rule that you want us to embrace that the litigation that this the seizure was engaged in in bad faith I I don't think we want any bad faith rule like I think at the end of the day our position would be the prosecutors were because that would be an exception maybe but go ahead yeah I don't want to accuse anybody of bad faith in this case I think there was a rush to bring a case and we've had a number of former US attorneys in the Southern District and Eastern District who have been involved in writing amicus briefs and I've discussed this case with them this case would not have been brought in the Southern District or Eastern District I don't think that makes it a bad faith prosecution but it could also mean that the prosecutors were very quick to bring a case that was on shaky ground and when you think about this from the money laundering theory they admitted in the seizure warrant all of these clean funds hit the iota count after the outgoing wire transfer so let's think of the money laundering theory which is the only way to say that he's involved in it you have an attorney who sells their home it's the most traceable transaction that you can think of but the funds only hit his account after all of the outgoing wire transfers happen that's not money laundering and I think this was a very shaky case from the beginning and then when we called them on the absence of evidence in this case there was a lot of hardship being brought to Mr. Ross what other client funds that were tied up so I we've kept you well past your time and we'll hear from the government and then you've reserved some time for rebuttal so I thank you thank you your honor good morning may it please the court my name is Elizabeth Conger I'm an assistant attorney with the Northern District of New York one thing I'd like to address from the outset here is that in going through his comparison of the relative definitions of prevailing party status mr. opposing counsel repeatedly referred to achieves the result that the plaintiff or the petitioner desires here the record clearly shows that mr. Ross achieved nothing to his benefit throughout the course of litigation what this proposes is that this court adopt the catalyst theory of recovery where the outcome may be beneficial to the claimant or the petitioner but here that is even further attenuated from the buck from the theory of catalyst recovery under Buckhannon because it is typically the suit itself brought by the claimant or the petitioner that is itself the catalyst here the government's dismissal was premised upon the outcome of the investigation an investigation that was delayed because of a filter team in place investigation that was concluded within nine months after the filing of a at that point the government moved promptly to dismiss and it bears saying that without the government's quick response in this matter and quick movement to preserve the funds remaining in mr. Ross's account I think opposing counsel is mistaken when he said that there were no remaining fraudulent funds in the account the outcome of this matter was that the government was in able to restore 3.6 million of the victim's funds to the victim let me ask you about the argument you've just advanced as I understood what mr. Ross's counsel articulated they were telling you from start to finish that the money he was seeking to have back was money from selling his house so why isn't it his argument that prevailed I mean I want to be sure I understand your theory that they didn't do anything to prevail that your investigation did they they were telling you that from the start about the sale of the house thank you your honor well as your honors noted there were underlying money laundering theories involved in this particular case in addition to the proceeds theories and you don't need to have simply traceable proceeds in a bank account in order for the entire to be forfeitable under a money laundering theory the language of 981 allows for the forfeiture of property involved in the money laundering and that can include concern that the house had been bought with tainted money and therefore when it was sold that the proceeds were tainted and then they're laundered I mean is that what you were investigating I'm just trying to figure out what you're telling me the concern was that mr. Ross was inexplicably depositing his personal funds in his attorney trust account at that time to in some quixotic fashion conceal the money laundering that had been occurring in his account and a significant amount of money laundering occurred because of mr. Ross's account 29 million dollars were deposited in those were proceeds and mr. Ross was the vehicle by which those monies were quickly funneled out to Mexican bank accounts so that that like it's entirely a concealment theory of money laundering yes sir may I ask you about two unrelated matters that counsel didn't touch on well he did touch on the dismissal without prejudice is he correct that the statute of limitations had run at that point or do you take a different view thank you your honor we take a very different view 984 is a tool used for the purpose of tracing funds it doesn't set the statute of limitations for a money laundering action that's found under 19 USC 1619 and that is a five-year statute of limitations clearly we're still within that statute of limitations so that's completely incorrect what may have resulted would have been an evidentiary issue but not an issue in bringing the matter itself the other question I have for you is about the challenge to the grant of the certificate of reasonable cause am I right that that requires the entry of a judgment your honor I've discussed this matter extensively with attorneys with the DOJ and the position that I am taking today is that it is reasonable that that could be a prohibition on the issuance of a certificate of reasonable cause that said the government wishes to underscore the fact that probable cause was there at the outset probably because you agree that the given the language of that subsection that it requires the entry of a judgment yeah I don't have that no we do not have that we have the judgment of course a poor picture seating error on that on that point right there is no judgment in favor of mr. Ross there is well did you answer that the judge Ratchie's question you conceding error on that point we are your honor okay so I've got another question which is that mr. Viola has made a point of saying or arguing very forcefully that our case law precedent has been abrogated insofar as we've concluded that prevailing party and substantially prevailing effectively are the same what is the government's response well first I'd like to say your honor that precedent makes clear that in order to substantially prevail which is a modifier you have to prevail in some regard and mr. Ross has not prevailed in any regard and I disagree wholly with yes he says look I got my money back that's the prevailing and so you're gonna have to tell us why that's not prevailing in any regard well he didn't have any preliminary injunction issued in his favor no preliminary decision and as this court noted when mr. Ross was suggesting that there would have to be some sort of amorphous subjective test of the merits in order to find out whether you substantially prevail what he proposes is something that is completely an opposite to the Supreme Court decisions in Lackey from February of this past year in which the Supreme Court again affirmed the need to create more of a bright line but hasn't the Supreme Court also acknowledged difference between prevailing when you're a plaintiff and prevailing when you're a defendant I mean some of the cases have discussed obtaining a preliminary injunction as a plaintiff and that that then does not result because of changed circumstances or legislative action would have have you case gets mooted and so there's no ordinary judgment establishing that you had prevailed in a government enforcement action by the EEOC that turns out to be unjustified or abandoned at some point you may not or a case in which you have some counterclaims that you then let go because the government has abandoned again it's enforcement action you may be prevailing and did you come away without any adverse action against you and in the context of a defendant it seems to me that the notion of substantially prevailing in that respect where Congress is explicitly addressed the need to compensate people for their attorneys fees you know is not far-fetched and is different from prevailing party in the plaintiff context do you agree with that distinction or not really I do in that it raises the issue that resulted from the decision by the Supreme Court in CRST in that case the defendant was considered to have prevailed for the purpose of the fee shifting provision because the court took an affirmative action to dismiss the petitions that were brought against CRST for a failure of the EEOC to properly investigate those claims beforehand before bringing suit as required by the statute in that case the court still affirmed Buchanan's rule that you needed judicial imprimatur resulting in a material alteration in the legal positions of the parties in an enduring fashion in order to become a prevailing party so does that does that translate into some sort of a final judgment what what does that mean imprimatur well the judicial print I'm sorry judicial imprimatur is something more than a district court granting voluntary leave with dismissal at the request of the plaintiff it's something where do it as in CRST we've seen that it can be something where the court takes affirmative action to dismiss petitions that may not be brought again in that court or in this where I'm sorry had the court decided the matter with prejudice which it did not that would have been a an enduring decision that satisfies Buchanan's enduring that the enduring quality noted in Buchanan for judicial imprimatur and satisfies that same sort of enduring and lasting consequence that was identified in Seoul and again reaffirmed in Lackey as to the issue of oh I'm sorry no go ahead as to the issue of the second part of your honors question pertaining to dismissal where there's a pending counterclaim that really goes to the argument that this court has in its decisions under Camille and in Zagano illuminated that that goes to the discretion of the district court and there are factors that a court can look to when deciding including the dismissal of a case where there are counterclaims pending that's not to master your question because I'm trying to figure out what the rule is and I think that both sides agree that there is not a lot of Second Circuit case law would you agree with that on this I would your honor to a certain extent although the Second Circuit has in Davis and in Khan stated that it should look to the Buchanan yeah prevailing party that is a broad very broad framework but um and I mentioned this to your colleague your friend on the other side what if a litigation or the voluntary dismissal is made in bad faith would you agree by the government would you agree that that might be a basis notwithstanding the specific language of 20 2465 for entitlement to attorney's fees yes and that's also something that is checked by the district court at the time that the dismissal is granted the district court who's intimately knowledgeable of the and the facts of the case makes that decision and as noted previously that this court has held that that discretion lays soundly within and is that as a matter of its inherent authority or what is what is the source for that ability to to grant attorneys fees in those circumstances notwithstanding the statutory language well 41 rule 41 a1 states that dismissal by default voluntary dismissal by default is without prejudice so the district court has the inherent ability to decide at that point when when such a motion is whether or not that should be granted with prejudice or without prejudice at that juncture my question is about the attorney's fees Oh the attorney's fees I apologize the attorney's fees issue is also a matter of discretion on on the part of the district court who is familiar with the facts of the case I thought you were arguing to us that it was not and that it required a judgment by the district court in this case your honor the district court denied mr. Ross his initial motion for district I'm sorry for attorney's fees and it's this it's the government's position that this was well within the discretion discretion of the court and issue is whether or not the district court let me ask you this if if a judge were convinced that the government was acting in bad faith or properly in some way in seeking dismissal but the dismissal benefits the the claimant so it's going to grant the dismissal can the judge grant that dismissal upon finding that the government has acted in bad faith and that the plaintiff would have prevailed and it would that be a Buchanan judgment that would allow the court to impose attorney's fees well that would necessitate your honor a an examination of the merits in order to find find that the claimant would have prevailed they would have examined the merits of the case I thought you told judge Loya that if the court was convinced that the government acted in bad faith it could award attorney's fees and like judge Loya I'm trying to figure out how would the court do that what would be its authority to do that so do you have any other thoughts for us I mean I just offered the possibility that it would offer that the dismissal would be couched in language that would satisfy Buchanan's requirement and you you seem to think that's not so so where do you find the authority to grant the attorney's fees your honor the this is derived from CAFRA in in this circumstance it depends on the particular statutory framework of the fee shifting provision involved so would you say the district court would have the authority then to grant the government's motion but with prejudice and the with prejudice would entitle then the claim for attorney's fees to proceed because the person would have substantially prevailed yes your honor my apologies okay I'm happy to take any further questions thank you two points maybe three because I want to be judicious of the of the court's time but I want to start with the policy behind CAFRA CAFRA doesn't exist in a vacuum it's the Civil Asset Forfeiture Reform Act the practice had been going on and a business owner came to Congress and testified about the circumstances in which somebody had committed a crime using his plane but he was innocent his plane had been seized and he had to go out sell his other plane to come up with the fees to defend himself in court and at the end of the day he was driven to bankruptcy when it turned out that he was innocent his property couldn't be forfeited Congress responded to that and in the legislative history is they want to make people innocent of any wrongdoing whole when the dust settles at the end of these talk about the history and I'm very receptive to this but the language does not seem to permit what you want us to embrace which is attorneys fees in connection with or in the aftermath of a voluntary dismissal without prejudice it does your honor though because it then with that broader framework knowing what the term prevailing party is having used it in dozens of statutes it opted to use the substantially prevails language that when court started treating the substantially prevails language in FOIA as coextensive with prevailing party Congress came back and clarified that's not and that relies entirely on the subsidiary argument that I think you're making that our case law that merges prevailing party and substantial prevailing party substantially prevailing party has been abrogated yeah and we have to accept that a needle a trees yes but the court did not look at this issue and resolve it conclusively in a holding in the CAFRA context it only did so in needle trees in the in the FOIA context so may I ask what do we do we say that even though FOIA is written to adopt that definition only for purpose or for purposes of this paragraph we think it means the same thing in CAFRA is that what we would do I think I'm not saying that your honor what I'm saying is when there's been a choice to use certain language and if you look up the dictionary definitions of substantially prevails that has a different meaning than prevailing party that you can look to other statutes and what Congress has done in other contexts to inform the meaning of similar here also is that these these cases these forfeiture cases it's the government against the property those are the two parties and then people are allowed to become claimants on that which are they parties are they different from parties I don't know and that whether that informed Congress's decision not to use party in CAFRA because the adverse party is the rest that's being forfeited but in CAFRA we also have some surrounding context in the text that informs our position on substantially prevails which is in section a it refers to judgment in favor of claimant Congress knows how to put in a statute judgment in favor of claimant and when it came to be they chose not to use that and use substantially prevails and if you look closely at the hard analysis and Justice Thomas's analysis there that feature that parallel feature existed in the statute where lower courts were putting prevailing party into the statute and Justice Thomas said you can't you can't do that the the broader point just on this on this policy implication then on prevailing parties though they don't have to prevail 100% to get attorneys fees there is a substantiality element to being a prevailing party isn't there yeah yeah you could be a prevailing party by just recovering a dollar if you get a judgment in your favor but prevail takes out the the judgment aspect of it really really the problem with the government's position in this case and the reason we have six amici and if this goes up to the Supreme Court will will definitely have probably a dozen is what we're talking about is a one-way hall pass to eliminate the attorneys fees provision going forward all you need to do is say we're going to voluntarily dismiss without prejudice the years gone on the court also though I mean you made arguments that the district court erred by not granting the government's motion with prejudice by saying by looking at the circumstances here the course of the proceedings the time that he lapsed and so on and if that's error then the district court should have found plain legal prejudice in the inability to pursue attorneys fees as well as just the other circumstances again the amount of time that had passed and your arguments about the flimsiness of the case the clarity of the house proceeds and so on so you could prevail more easily on that line of reasoning potentially right because because with that I think everyone agrees that you would have substantially prevailed if there was a dismissal with prejudice that is a hundred percent true your honor that there is a fallback provision but it's done through rule 41a it wouldn't change the fact that that would mean under the text of CAFRA CAFRA was doing nothing to get people closer to being made whole because the government could just eliminate it by taking the voluntary dismissal there might be other but again but again then I mean the district court has discretion under rule 41 to determine whether dismissal without prejudice is proper and I can take all of these considerations into account yes but they would be in that scenario taken into count under 41 not under CAFRA which was meant to make individuals whole well I'm not sure I'm following that because CAFRA would make you whole either because you prevail in the Buchanan sense you get a judgment they litigated and you you win or they seek dismissal but the court decides it has to be a dismissal with prejudice because of the government not playing fair I mean I think that's what the the government just conceded today that you could get your attorney's fees in that way or in the Buchanan walk why isn't that why isn't that a satisfactory outcome here I think I think I think in again we'd go back actually I'll take it to CRST Van because like our interpretive framework starts with substantially prevails then it goes to CRST Van but the Supreme Court couldn't be clear in CRST Van and Lackey where in Lackey it refers to the prevailing party defendant test as a different body of case law and emphasizes in the first starred footnote they have totally different objectives the plaintiffs and the defendants and if you go back and you look at the CRST Van case that that second question is left open but go ahead but yes you're on preclusion absolutely but in CRST Van they come to courts with different objectives the planter plaintiff wants to obtain a material change in the relationship of the parties the defendant wants to rebuff it now maybe he'd prefer the judgment in his favor or the dismissal with prejudice but the the plaintiff prevails when he rebuffs that challenge regardless of the means and the other thing that was interesting that probably 10th time I read CRST Van is it then goes into policy a little bit and the policy talks about as Congress was trying to deter frivolous litigation and to say that this merits or non merits distinction is relevant to the goal of making people whole when there's a frivolous litigation that distinction doesn't matter they're trying to make people let me ask you a question just as a housekeeping matter and I wish I'd known about a certificate of reasonable cause when I was in your shoes the government shoes but can you it says you're entitled to costs what are you entitled to if you are able to sue the government what was what's the theory if you're entitled to sue the government in a separate if you get this yeah certificate of reasonable cause what does that get you if there's I'm just trying to make sure you saying what does it get you if there's a certificate does there's a certificate of reasonable cause impact your ability to recover attorney's fees I don't I don't think so your honor doesn't it just protect the individual officers it protects the prosecutors liability and again if you think about this from the broader framework of we want to make people whole but we don't want to deter prosecutors from doing your job you know you're gonna give the prosecutors a lot of latitude if they bring a case where it was a weaker case but they had a grounds for the seizure you can't sue them personally but you're gonna get your fees and you're gonna be made whole and what happened here is that mr. Ross was not made whole after being facing you know and again like so so I'm sorry so without a certificate of reasonable cause right so there's no certificate you can sue what is the theory and are you then entitled to it says costs are you entitled to cost you entitled to attorneys fees that's the question in in a theory in a subsequent action to sue the prosecutors yes I to be honest with you I haven't thought about that subsequent action in terms of suing the prosecutors but obviously maybe there's a malicious prosecution theory maybe there's a federal you asked us and you've the concession of error but you asked us to assign error to the district courts grant of a certificate of reasonable cause so now what now what there there there is a potential avenue for mr. Ross to to go into court and to pursue a claim and it you know Mike it and it's for the court to determine whether there was reasonable cause or not reasonable cause obviously we don't have a fully developed record on that so the prosecutors saying that they brought this action without the legal that knowingly brought the action without the the requisite basis for that you have a seizure warrant where probable cause was never articulated they they did have and this is in the record the the the HUD one statement confirming the sale of the homes they knew and they nevertheless proceeded and again different burdens than you'd have in the main forfeiture action all kinds of things but you could bring that suit yeah okay okay thank you very much thank you thank you very much